## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDAN ROSENBLATT, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:19-cv-00022-CFC ) |
| v. | ) CLASS ACTION ) |
| WILDHORSE RESOURCE DEVELOPMENT CORPORATION, ANTHONY BAHR, BRIAN A. BERNASEK, JONATHAN M. CLARKSON, SCOTT GIESELMAN, JAY C. GRAHAM, DAVID W. HAYES, STEPHANIE C. HILDEBRANDT, GRANT E. SIMS, MARTIN W. SUMNER, TONY R. WEBER, CHESAPEAKE ENERGY CORPORATION, and COLEBURN INC., | ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jordan Rosenblatt ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated:  February 11, 2019

**OF COUNSEL:**
**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email:gms@rl-legal.com

*Attorneys for Plaintiff*